# MEMORANDUM OPINION

No. 04-07-00591-CV

**IN THE INTEREST OF S.B.N., JR.**, et al., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-PA-02575
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
     Rebecca Simmons, Justice
     Steven C. Hilbig, Justice

Delivered and Filed: June 11, 2008

DISMISSED

Appellant Sebastian Nixson, Sr.'s brief, which was due on May 12, 2008, has not been filed. On April 22, 2008, this court notified Mr. Nixson that no further motions, including motions for extension of time to file the appellant's brief, would be considered, and that his appeal would be dismissed for want of prosecution if he failed to timely file his appellant's brief by May 12, 2008. Mr. Nixson has not filed his appellant's brief. Therefore, Sebastian Nixson, Sr.'s appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM